No. 292, Misc.   BAILEY v. WARDEN, MARYLAND PENITENTIARY.   Motion for leave to file petition for writ of habeas corpus denied.

No. 397.   GAUNT v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.   *William L. McGovern* and *Bert B. Rand* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Fred G. Folsom* and *John R. Benney* for the United States.   ■■

No. 408.   CENTRAL STATES ELECTRIC CORP. v. AUSTRIAN ET AL., TRUSTEES, ET AL.;
No. 409.   CHASE v. AUSTRIAN ET AL., TRUSTEES, ET AL.;
No. 410.   BERNER v. AUSTRIAN ET AL., TRUSTEES, ET AL.; and
No. 411.   KELLY COMMITTEE FOR HOLDERS OF 6% PREFERRED STOCK OF THE CENTRAL STATES ELECTRIC CORP. v. AUSTRIAN ET AL., TRUSTEES, ET AL.   C. A. 4th Cir. Certiorari denied.   *Thomas B. Gay* for petitioner in No. 408.   *George E. Allen* for petitioner in No. 409.   *T. Roland Berner, pro se,* petitioner in No. 410.   *Thomas F. Boyle* for petitioner in No. 411.   *Solicitor General Perlman, John F. Davis, Roger S. Foster* and *Manuel F. Cohen* for the Securities & Exchange Commission; and *Saul J. Lance, Walter H. Brown, Jr., Lewis C. Williams, Thomas C. Egan, George Rosier, Victor Brudney* and *Francis E. Walter* for Austrian et al., respondents.   Reported below: 183 F. 2d 879.

No. 419.   DuBAN, EXECUTRIX, ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION.   C. A. 3d Cir.   Certiorari denied.   *A. D. Bruce, Edwin Hall, 2nd,* and *Harry J.*